■ In the Matter of DUMPMASTERS, INC., Petitioner, v RAYMOND P. MARTINEZ, Respondent. [790 NYS2d 231]—

Proceeding pursuant to CPLR article 78 to review a determination of the New York State Department of Motor Vehicles, dated October 3, 2002, which confirmed the findings of an administrative law judge, made after a hearing, that the petitioner violated New York City Traffic Rules and Regulations (34 RCNY) § 4-15 (b) (9) and (10), and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

The seizure of the petitioner's truck, which occurred at a checkpoint, and pursuant to a nondiscriminatory pattern of selection by the officer weighing the vehicles, was constitutional (*see People v Scott,* 63 NY2d 518 [1984]; *People v Ingle,* 36 NY2d 413 [1975]). Further, since administrative proceedings are not governed by the service requirements of the CPLR, service of the tickets upon the vehicle's driver was sufficient to confer personal jurisdiction over the petitioner (*see* Vehicle and Traffic Law § 385 [20-a]; *Matter of Miller v Schwartz,* 72 NY2d 869 [1988]; *Matter of Sureway Towing, Inc. v Martinez,* 8 AD3d 490 [2004]; *Matter of Clinton Ave. Constr. Corp. v Martinez,* 8 AD3d 273 [2004]). Krausman, J.P., Mastro, Rivera and Skelos, JJ., concur.